552

Matthew W. Shepherd, Montgomery, AL, for Plaintiff–Appellee.

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

John Carlton Taylor, appointed counsel for Benjamin Shane Foster in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Foster's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Benjamin S. FOSTER, Defendant– Appellant.**

No. 08–14999

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 10, 2009.

Benjamin Shane Foster, Union Springs, AL, pro se.

Matthew W. Shepherd, Montgomery, AL, for Plaintiff–Appellee.

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

John Carlton Taylor, appointed counsel for Benjamin Shane Foster in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Foster's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Edward LOPEZ, Defendant–Appellant.**

No. 08–15836

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 10, 2009.

Edward Lopez, Bastrop, TX, pro se.